Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CATHERINE PAPASAN, et al.,

Plaintiff(s),

v.

DOMETIC CORPORATION, et al.,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 16-cv-2117

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ashley Bede , an active member in good standing of the bar of Washington , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeff D. Friedman , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1918 8th Avenue, Suite 3300 Seattle, WA  98101 | 715 Hearst Avenue, Suite 202 Berkeley, CA  94710 |
| MY TELEPHONE # OF RECORD: (206) 623-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: ashleyb@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 40521 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/27/16

Ashley Bede

APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ashley Bede is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/29/2016

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*

# CERTIFICATION OF CURRENT STATUS

August 28, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Ashley A Bede**, WSBA ID# **40521** was admitted to the practice of law in this state by the Supreme Court of Washington on **October 29, 2008**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA