1  LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
2     Marcy C. Priedeman (Bar No. 258505)
   505 Montgomery Street, Suite 2000
3  San Francisco, California
   Telephone:  (415) 391-0600
4  Facsimile:   (415) 395-8095
   Email: peter.wald@lw.com
5  Email: marcy.priedeman@lw.com

6  Attorneys for Defendants
   DOMETIC CORPORATION and DOMETIC LLC
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, and all persons similarly situated, | Case No. 3:16-cv-02117-HSG |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| vs. | The Honorable Haywood S. Gilliam, Jr. |
| DOMETIC CORPORATION and DOMETIC LLC, | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE
CASE NO.: 3:16-cv-02117-HSG

Plaintiffs Catherine Papasan, Nelson Goehle, Andrew Young, Jimmy Byers, and Christopher Johnston (collectively, "Plaintiffs") and defendants Dometic Corporation and Dometic LLC (jointly, "Defendants"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this stipulation, with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Complaint on April 21, 2016;

WHEREAS, Defendants were served on April 27, 2016;

WHEREAS, the parties have not previously stipulated to any extension of time to answer or otherwise respond to the Complaint.

WHEREAS, Defendants' response to the Complaint is currently due May 18, 2016;

WHEREAS, counsel for the parties have conferred and have agreed to extend the time for Defendants to answer or otherwise respond to the Complaint by thirty (30) days;

WHEREAS, counsel for the parties have also conferred and agreed to a briefing schedule assuming Defendants file a motion to dismiss; and

WHEREAS, this thirty (30) day extension to respond to the Plaintiffs' Complaint and the extended motion to dismiss briefing schedule will not affect the Initial Case Management Conference, currently scheduled for July 21, 2016.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, as follows:

1. Defendants shall file a response to the Complaint by June 17, 2016.
2. If Defendants' response to the Complaint is a motion to dismiss, and if Plaintiffs do not file an amended complaint pursuant to Rule 15 in response to such motion to dismiss, Plaintiffs shall file their opposition to the motion to dismiss by July 22, 2016.
3. If Plaintiffs file an opposition to the motion to dismiss and not an amended complaint, Defendants shall file any reply brief by August 12, 2016.
4. This extension does not affect any of the dates scheduled by the Court pursuant to the Initial Case Management Scheduling Order, entered on April 22, 2016.

1  **IT IS SO STIPULATED.**

2

3  Dated: May 2, 2016  **LATHAM & WATKINS LLP**
   Peter A. Wald
4  Marcy C. Priedeman

5

6  By: /s/ Peter A. Wald

7  505 Montgomery St., Suite 2000
   San Francisco, California  94111
8  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
9  peter.wald@lw.com
10 marcy.priedeman@lw.com

11 Attorneys for Defendants Dometic Corporation and
   Dometic LLC
12

13 Dated:  May 2, 2016  **HAGENS BERMAN SOBOL SHAPIRO LLP**
   Steve W. Berman (*pro hac vice*)
14 Thomas E. Loeser
   Ashley A. Bede (*pro hac vice*)
15

16
   By: /s/ Steven W. Berman
17
   1918 Eight Avenue, Suite 3300
18 Seattle, WA  998101
   Telephone:  (206) 623-7292
19 Facsimile: (206) 623-0594
   steve@hbsslaw.com
20 toml@hbsslaw.com
   ashleyb@hbsslaw.com
21

22
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
23 Jeff D. Friedman
   715 Hearst Avenue, Suite 202
24 Berkeley, CA 94710
   Telephone:  (510) 725-3000
25 Facsimile: (510) 725-3001
   jefff@hbsslaw.com
26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE
CASE NO.: 3:16-cv-02117-HSG

**LAW OFFICES OF TERRENCE A. BEARD**
Terrence A. Beard
525 Marina Blvd.
Pittsburg, CA 94565
Telephone: (925) 778-1060
Facsimile: (925) 473-9098
TBeard1053@aol.com

Counsel for Plaintiffs and the Proposed Class

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants has obtained the concurrence of Plaintiffs' counsel, Steven W. Berman, in the filing of this stipulation.

Dated:  May 2, 2016                    /s/     Peter A. Wald

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: May 3, 2016

The Honorable Haywood S. Gilliam, Jr.
United States District Judge