1  LATHAM & WATKINS LLP
     Peter A. Wald (Bar No. 85705)
2    Marcy C. Priedeman (Bar No. 258505)
   505 Montgomery Street, Suite 2000
3  San Francisco, California
   Telephone:  (415) 391-0600
4  Facsimile:   (415) 395-8095
   Email: peter.wald@lw.com
5  Email: marcy.priedeman@lw.com

6  Attorneys for Defendants
   DOMETIC CORPORATION and DOMETIC LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMETIC CORPORATION and DOMETIC LLC,<br><br>Defendants. | Case No. 3:16-cv-02117-HSG<br><br>**UNOPPOSED MOTION, STIPULATION AND ORDER TO EXCEED PAGE LIMITATIONS FOR DEFENDANTS' MOTION TO DISMISS**<br><br>The Honorable Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NO. 3:16-cv-02117-HSG

Pursuant to Local Rule 7-11 and with consent of Plaintiffs Catherine Papasan, Nelson Goehle, Andrew Young, Jimmy Byers, and Christopher Johnston (collectively, "Plaintiffs"), defendants Dometic Corporation and Dometic LLC (jointly, "Defendants") hereby move the Court for leave to file a motion to dismiss that exceeds Local Rule 7-2(b)'s 25-page limitation by up to 10 pages.

In support of their unopposed motion, Defendants state as follows:

WHEREAS, on April 21, 2016, Plaintiffs filed their 82-page Class Action Complaint (the "Complaint"), which contains 367 separately numbered paragraphs;

WHEREAS, on June 17, 2016, Defendants intend to file a joint motion to dismiss each of Plaintiffs' 21 claims on the ground that each of these claims—arising under Federal law and four separate states' laws—fail to state a claim upon which relief can be granted (the "Motion");

WHEREAS, although Defendants endeavor to keep their joint Motion as brief as possible, Defendants cannot adequately address each of their arguments in the 25 pages afforded by Local Rule 7-2(b);

WHEREAS, Defendants submit that their Motion is concise, free of repetition, and addresses only pertinent points and authorities, but that an additional 10 pages is needed to fully address each of the foregoing arguments and supporting authority; and

WHEREAS, counsel for the parties have conferred and have agreed that Defendants may exceed the page limitation in Local Rule 7-2(b) by 10 pages.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, that Defendants may exceed the page limitation in Local Rule 7-2(b) by 10 pages.

//
//
//
//
//
//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NO. 3:16-cv-02117-HSG

1  **IT IS SO STIPULATED.**

3  Dated: June 2, 2016            **LATHAM & WATKINS LLP**
                                  Peter A. Wald
4                                 Marcy C. Priedeman

6                                 By: /s/ Marcy C. Priedeman

7                                 505 Montgomery St., Suite 2000
                                  San Francisco, California  94111
8                                 Telephone:  (415) 391-0600
                                  Facsimile:  (415) 395-8095
9                                 peter.wald@lw.com
                                  marcy.priedeman@lw.com

11                                Counsel for Defendants Dometic Corporation and
                                  Dometic LLC

13 Dated:  June 2, 2016           **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                  Steve W. Berman (*pro hac vice*)
14                                Thomas E. Loeser
                                  Ashley A. Bede (*pro hac vice*)

16                                By: /s/ Ashley A. Bede

17                                1918 Eight Avenue, Suite 3300
18                                Seattle, WA  998101
                                  Telephone:  (206) 623-7292
19                                Facsimile: (206) 623-0594
                                  steve@hbsslaw.com
20                                toml@hbsslaw.com
                                  ashleyb@hbsslaw.com

22                                **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                  Jeff D. Friedman
23                                715 Hearst Avenue, Suite 202
24                                Berkeley, CA 94710
                                  Telephone:  (510) 725-3000
25                                Facsimile: (510) 725-3001
                                  jefff@hbsslaw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NO. 3:16-cv-02117-HSG

**LAW OFFICES OF TERRENCE A. BEARD**
Terrence A. Beard
525 Marina Blvd.
Pittsburg, CA 94565
Telephone: (925) 778-1060
Facsimile: (925) 473-9098
TBeard1053@aol.com

Counsel for Plaintiffs and the Proposed Class

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants has obtained the concurrence of Plaintiffs' counsel, Ashley A. Bede, in the filing of this stipulation.

Dated:  June 2, 2016                            /s/ Marcy C. Priedeman

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED except that the Defendants may exceed the page limitation in Local Rule 7-2(b) by 5 pages.**

Dated: June 3, 2016

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NO. 3:16-cv-02117-HSG