1  LATHAM & WATKINS LLP
      Peter A. Wald (Bar No. 85705)
2     Marcy C. Priedeman (Bar No. 258505)
   *peter.wald@lw.com*
3  *marcy.priedeman@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6     Robert C. Collins III (Illinois Bar No. 6304674,
      appearance *pro hac vice*)
7  *robert.collins@lw.com*
   330 N. Wabash Ave., Suite 2800
8  Chicago, Illinois  60611
   Telephone: (312) 876-7700
9  Facsimile: (312) 993-9767

10 Attorneys for Defendant
   DOMETIC CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | CATHERINE PAPASAN, NELSON           | Case No. 3:16-cv-02117-HSG
   | GOEHLE, ANDREW YOUNG, JIMMY         |
17 | BYERS, CHRISTOPHER JOHNSTON,        | **STIPULATION AND ORDER REGARDING
   | RICHARD AND LEAH VOLLBERG, and      | BRIEFING SCHEDULE FOR
18 | all persons similarly situated,     | DEFENDANT'S MOTION TO DISMISS
                                         | FIRST AMENDED CLASS ACTION
19              Plaintiffs,              | COMPLAINT**

20        vs.                            | The Honorable Haywood S. Gilliam, Jr.

21 DOMETIC CORPORATION,

22              Defendant.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE
CASE NO.: 3:16-cv-02117-HSG

1     Plaintiffs Catherine Papasan, Nelson Goehle, Andrew Young, Jimmy Byers, Christopher Johnston, and Richard and Leah Vollberg (collectively, "Plaintiffs") and defendant Dometic Corporation ("Defendant"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this stipulation, with reference to the following circumstances:

WHEREAS, Plaintiffs filed their First Amended Class Action Complaint on July 8, 2016, via the Court's ECF system;

WHEREAS, the parties have not otherwise stipulated to any extension of time to answer or otherwise respond to the First Amended Class Action Complaint;

WHEREAS, Defendant's response to the First Amended Class Action Complaint is currently due July 22, 2016;

WHEREAS, counsel for the parties have conferred and have agreed to extend the time for Defendant to answer or otherwise respond to the First Amended Class Action Complaint by twenty-eight (28) days;

WHEREAS, counsel for the parties have also conferred and agreed to a briefing schedule for if Defendant files a motion to dismiss;

WHEREAS, in light of the fact that the Court granted Defendant five (5) additional pages for its memorandum in support of its motion to dismiss the complaint filed on April 21, 2016, Defendant seeks five (5) additional pages, for a total of thirty (30) pages, for its memorandum in support of a motion to dismiss Plaintiffs' First Amended Class Action Complaint, and Plaintiffs take no position on this request except that if it is granted, that it be reciprocal to grant Plaintiffs five (5) additional pages for their response to Defendant's motion; and

WHEREAS, this twenty-eight (28) day extension to respond to Plaintiffs' First Amended Class Action Complaint, these five (5) page extensions, and the extended motion to dismiss briefing schedule will not affect the Initial Case Management Conference, currently scheduled for August 2, 2016.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, as follows:

1. Defendant shall file a response to the First Amended Class Action Complaint by August 19, 2016 and shall be entitled to file a memorandum of no more than thirty (30) pages.

2. If Defendant's response to the First Amended Class Action Complaint is a motion to dismiss, and if Plaintiffs do not seek leave to file a second amended complaint pursuant to Rule 15 in response to such motion to dismiss, Plaintiffs shall file their opposition to the motion to dismiss by September 20, 2016.

3. If Plaintiffs file an opposition to the motion to dismiss and do not seek leave to file a second amended complaint, Defendant shall file any reply brief by October 11, 2016.

4. This extension does not affect any of the dates scheduled by the Court pursuant to the Initial Case Management Scheduling Order, entered on April 29, 2016.

**IT IS SO STIPULATED.**

Dated: July 12, 2016

**LATHAM & WATKINS LLP**
Peter A. Wald
Marcy C. Priedeman
Robert C. Collins III (Illinois Bar No. 6304674, appearance *pro hac vice*)

By: /s/ Peter A. Wald

505 Montgomery St., Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

330 N. Wabash Ave., Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
robert.collins@lw.com

Attorneys for Defendant Dometic Corporation

| | | |
|---|---|---|
| 1 | Dated:  July 12, 2016 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | Steve W. Berman (*pro hac vice*) |
| | | Thomas E. Loeser |
| 3 | | Ashley A. Bede (*pro hac vice*) |

By: /s/ Steve W. Berman

1918 Eight Avenue, Suite 3300
Seattle, WA  998101
Telephone:  (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com
ashleyb@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jeff D. Friedman
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

**LAW OFFICES OF TERRENCE A. BEARD**
Terrence A. Beard
525 Marina Blvd.
Pittsburg, CA 94565
Telephone: (925) 778-1060
Facsimile: (925) 473-9098
TBeard1053@aol.com

Counsel for Plaintiffs and the Proposed Class

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants has obtained the concurrence of Plaintiffs' counsel, Steve W. Berman, in the filing of this stipulation.

Dated:  July 12, 2016                           /s/      Peter A. Wald

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE
CASE NO.: 3:16-cv-02117-HSG

1    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3    Dated: <u>July 18, 2016</u>

                                                          The Honorable Haywood S. Gilliam, Jr.
                                                          United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE
CASE NO.: 3:16-cv-02117-HSG