LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  Robert C. Collins III (Illinois Bar No. 6304674,
  appearance *pro hac vice*)
  Emily R. Goebel (Illinois Bar No. 6316592,
  appearance *pro hac vice*)
  Adam L. Rosenbloom (Illinois Bar No. 6317055,
  appearance *pro hac vice*)
*robert.collins@lw.com*
*emily.goebel@lw.com*
*adam.rosenbloom@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Attorneys for Defendant
DOMETIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**ORDER GRANTING DEFENDANT DOMETIC CORPORATION'S MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>The Honorable Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LEAVE
TO FILE STATEMENT OF RECENT DECISION
CASE NUMBER: 16-cv-02117 HSG

# ORDER

Having considered the papers in support of Dometic Corporation's ("Dometic") Motion for Leave to File Statement of Recent Decision ("Motion") and good cause appearing therefor, Dometic's Motion is hereby **GRANTED**. Dometic shall be permitted to file the Statement of Recent Decision.

**IT IS SO ORDERED.**

DATED: August 2, 2017

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING LEAVE
TO FILE STATEMENT OF RECENT DECISION
CASE NUMBER: 16-cv-02117 HSG