LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

   Robert C. Collins III (*pro hac vice*)
   Emily R. Goebel (*pro hac vice*)
   Adam L. Rosenbloom (*pro hac vice*)
*robert.collins@lw.com*
*emily.goebel@lw.com*
*adam.rosenbloom@lw.com*
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Attorneys for Defendant
DOMETIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON AND MARJORIE GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, TIMOTHY CHERRY, PAULA MEURER, JILL AND SID GARRETT, RICHARD LANDSHEFT, GARY GRAUS, GWENDOLYN AND LOUIS KING, and all persons similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>DOMETIC CORPORATION,<br><br>           Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**ORDER GRANTING DEFENDANT DOMETIC CORPORATION'S MOTION FOR ENLARGEMENT OF TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Haywood S. Gilliam, Jr. |

## ORDER

Having considered the papers in support of Dometic Corporation's ("Dometic") Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Class Action Complaint ("Motion") and good cause appearing therefor, Dometic's Motion is hereby **GRANTED**. Dometic shall answer or otherwise respond to Plaintiffs' Second Amended Class Action Complaint within fourteen (14) days after the later of (i) this Court's Order on Dometic's Motion to Transfer Venue (Dkt. No. 83) and (ii) the Judicial Panel on Multidistrict Litigation's decision on Plaintiffs' Motion to Transfer three other cases to this Court.

**IT IS SO ORDERED.**

DATED: November 28, 2017

By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge