| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Peter A. Wald (Bar No. 85705) |
| 2 |   Marcy C. Priedeman (Bar No. 258505) |
| | peter.wald@lw.com |
| 3 | marcy.priedeman@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| 6 |   Robert C. Collins III (Illinois Bar No. 6304674, |
| |   appearance *pro hac vice*) |
| 7 |   Emily R. Goebel (Illinois Bar No. 6316592, |
| |   appearance *pro hac vice*) |
| 8 |   Adam L. Rosenbloom (Illinois Bar No. 6317055, |
| |   appearance *pro hac vice*) |
| 9 | robert.collins@lw.com |
| | emily.goebel@lw.com |
| 10 | adam.rosenbloom@lw.com |
| | 330 N. Wabash Ave., Suite 2800 |
| 11 | Chicago, Illinois 60611 |
| | Telephone: (312) 876-7700 |
| 12 | Facsimile: (312) 993-9767 |
| 13 | Attorneys for Defendant |
| | DOMETIC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE PAPASAN, NELSON GOEHLE, ANDREW YOUNG, JIMMY BYERS, CHRISTOPHER JOHNSTON, RICHARD AND LEAH VOLLBERG, TIMOTHY CHERRY, PAULA MEURER, JILL AND SID GARRETT, RICHARD LANDSHEFT, GARY GRAUS, GWENDOLYN AND LOUIS KING and all persons similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DOMETIC CORPORATION,<br><br>       Defendant. | Case No. 4:16-cv-02117-HSG<br><br>**ORDER GRANTING DEFENDANT DOMETIC CORPORATION'S MOTION FOR LEAVE TO SUBMIT TRANSCRIPT RELEVANT TO PENDING TRANSFER MOTION**<br><br>The Honorable Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LEAVE
TO SUBMIT TRANSCRIPT
CASE NUMBER: 16-cv-02117 HSG

# ORDER

Having considered the papers in support of Dometic Corporation's ("Dometic") Motion for Leave to Submit Transcript Relevant to Pending Transfer Motion ("Motion") and good cause appearing therefor, Dometic's Motion is hereby **GRANTED**. Dometic shall be permitted to file the transcript from the hearing held on January 25, 2018 in front of the United States Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED: February 1, 2018

By: *Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LEAVE
TO SUBMIT TRANSCRIPT
CASE NUMBER: 16-cv-02117 HSG

1